DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

2013 NOV -8 P 2: 04

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>GREEN FOOT GLOBAL, LLC., *et al.*,<br><br>  Defendants. | 2:13-CV-2064-JCM-GWF |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Ambar J. Chavez, Kenneth H. Abbe, and Yan Fang to practice before this honorable Court in all matters relating to the above-captioned case.

Ambar Chavez, Kenneth Abbe, and Yan Fang are all attorneys with the Federal Trade Commission, an agency of the federal government. Ambar Chavez is a member in good standing of the State of Georgia Bar (No. 221292). Kenneth Abbe is a member in good standing of the State of California Bar (No. 172416). Yan Fang is a member in good standing of the State of California Bar (No. 279737).

The following contact information is provided to the Court:

    Ambar J. Chavez
    Federal Trade Commission
    10877 Wilshire Blvd. Suite 700
    Los Angeles, California 90024
    Phone: 310-824-4343
    Fax: 310-824-4380
    Email: achavez@ftc.gov

    Kenneth H. Abbe
    Email: kabbe@ftc.gov
    Yan Fang
    Email: yfang@ftc.gov
    Federal Trade Commission
    901 Market Street, Suite 570
    San Francisco, California 94103
    Phone: 415-848-5100
    Fax: 415-848-5184

Accordingly, the United States respectfully requests that an order be issued allowing Ambar J. Chavez, Kenneth H. Abbe, and Yan Fang to practice before this honorable Court.

Respectfully submitted this 8th day of November 2013.

                                  DANIEL G. BOGDEN
                                  United States Attorney

                                  /s/ Blaine T. Welsh
                                  BLAINE T. WELSH
                                  Assistant United States Attorney

**IT IS SO ORDERED.**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  November 12, 2013**